UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DOUGLAS M HERSHEY | ) | |
| PO BOX 478 | ) | |
| KENNEBUNK, ME 04043 | ) | |
| 207-233-2320 | ) | |
| | ) | |
| PLAINTIFF | ) | |
| vs. | ) | Docket No. 2:13-CV-140-JAW |
| | ) | |
| AMERICAN EXPRESS COMPANY | ) | |
| (AMEX) | ) | |
| 20022 NORTH 31st STREET | ) | |
| PHOENIX, AZ 85027 | ) | |
| | ) | |
| DEFENDANT | ) | |

## NOTICE OF DISMISSAL

1.  Plaintiff, Douglas M Hershey and Defendant AMEX have reached an amicable settlement agreement regarding this case. This case is now settlement and closed.

Submitted this 20th day of August, 2013.

Douglas M Hershey

PO Box 478,

Kennebunk, ME 04043

(207)-233-2320

1